# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRAVIS SEIDEL,** : | |
| : | |
| **Petitioner** : | |
| : | CIVIL ACTION NO. 3:14-1290 |
| **v.** : | |
| : | (Judge Mannion) |
| **TAMMY FERGUSON, et al.,** : | |
| : | |
| **Respondents** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. This Court's May 21, 2014 Administrative Order (Doc. No. 5) requiring Petitioner to either pay the appropriate filing fee, or file this Court's in forma pauperis application is **VACATED**. Financial determinations, and Petitioner's motion to stay (Doc. No. 3) shall be left to the transferee court.

3. The Clerk of Court shall **CLOSE** this case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: July 8, 2014
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1290-01-ORDER.wpd